```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

CHRISTINA A. WINSEY-RUDD,

       Plaintiff,
v.                                  Case No. 8:16-cv-2288-T-33TBM

ROBERTSON, ANSCHUTZ & SCHNEID,
P.I.,

       Defendant.
_____/

**ORDER**

This matter comes before the Court upon pro se Plaintiff Christina A. Winsey-Rudd's Motion for Access to Electronic Filing (Doc. # 5), filed on August 22, 2016. Plaintiff filed her Complaint on August 10, 2016, and paid the required filing fee. (Doc. # 1). In an effort to ensure the dictates of Federal Rule of Civil Procedure 1 are effectuated, the Court authorizes Plaintiff's use of CM/ECF in this action. Plaintiff is directed to visit the Court's website and register for CM/ECF accounts (login and password) with the assistance of the Clerk's office. Plaintiff is directed to contact Ariel Guzman at (813) 301-5439 for assistance. Once Plaintiff receives her CM/ECF account, Plaintiff is directed to utilize the Court's electronic case management filing system when filing any document with the Court.

Plaintiff is cautioned that she must comply with the Local

Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review these rules prior to filing any document on CM/ECF. Additional information regarding CM/ECF is available on the Court's website at www.flmd.uscourts.gov.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff is directed to register for a CM/ECF account (login and password) with the assistance of the Clerk's Office as detailed herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of August, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record